## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF LASHANO GILBERT | : | 3:16-CV-00241 (MPS) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| NEW LONDON POLICE DEPARTMENT, | : | |
| LAWRENCE & MEMORIAL HOSPITAL, | : | |
| INC., CITY OF NEW LONDON, DR. | : | |
| DEIRDRE CRONIN-VORIH A/K/A DR. | : | |
| DIEDRE CRONIN, OFFICER PATRICIA | : | |
| TIDD, OFFICER MELISSA SCHAFRANSKI- | : | |
| BROADBENT, SERGEANT SCOTT | : | |
| JOHNSON, SERGEANT KRISTY | : | |
| CHRISTINA, OFFICER KURT | : | |
| LAVIMONIERE, OFFICER DOREEN COE, | : | |
| OFFICER RICHARD CABLE, OFFICER | : | |
| WAYNE NEFF, OFFICER CHRISTOPHER | : | |
| BUNKLEY AND OFFICER CHRIS WHITE | : | |
| A/K/A OFFICER CHRISTOPHER WHITE | : | |
| *Defendants* | : | November 13, 2018 |

### MOTION IN LIMINE RE: THE CAUSE OF DEATH OF LESHANO GILBERT

The eight remaining New London Police department Defendants[1] respectfully move this Court to exclude any testimony, evidence or argument that the actions of the New London Defendants caused the death of Lashano Gilbert as no expert has offered such an opinion and it is outside of the knowledge of the average juror. A memorandum of law accompanies this

---

1 Specifically Schafranski-Broadbent, Johnson, Lavimoniere, Coe, Cable, Neff, Bunkley And White.

motion and fully expands this argument.

                    THE DEFENDANTS
                    BY /s/
                    David C. Yale
                    Federal Bar #ct26912
                    Hassett & George, P.C.
                    945 Hopmeadow Street
                    Simsbury, CT 06070
                    (860) 527-0353
                    dyale@hgesq.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF LASHANO GILBERT | : | 3:16-CV-00241 (MPS) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| NEW LONDON POLICE DEPARTMENT, LAWRENCE & MEMORIAL HOSPITAL, INC., CITY OF NEW LONDON, DR. DEIRDRE CRONIN-VORIH A/K/A DR. DIEDRE CRONIN, OFFICER PATRICIA TIDD, OFFICER MELISSA SCHAFRANSKI-BROADBENT, SERGEANT SCOTT JOHNSON, SERGEANT KRISTY CHRISTINA, OFFICER KURT LAVIMONIERE, OFFICER DOREEN COE, OFFICER RICHARD CABLE, OFFICER WAYNE NEFF, OFFICER CHRISTOPHER BUNKLEY AND OFFICER CHRIS WHITE A/K/A OFFICER CHRISTOPHER WHITE | : | |
| *Defendants* | : | November 13, 2018 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date first above a copy of the foregoing **MOTION IN LIMINE RE: THE CAUSE OF DEATH OF LESHANO GILBERT** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

BY /s/ David C. Yale

3

**Hassett & George, P.C.**   945 Hopmeadow Street, Simsbury, CT  06070
(860) 651-1333  Fax (860) 651-1888  Juris No. 407894