# EXHIBIT C

**Hassett & George, P.C.**   945 Hopmeadow Street, Simsbury, CT  06070
(860) 651-1333 Fax (860) 651-1888  Juris No. 407894

STATE OF CONNECTICUT
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Road, Farmington, Connecticut 06032-1939
Telephone: (860) 679-3980 Fax: (860) 679-1257



January 28, 2015

Detective Jeffrey Payette
CT State Police
Eastern District Major Crime
1320 Tolland Stage Road
Tolland, CT  06084

Town:  New London

County:  New London

Dear Det. Payette:

Enclosed please find a copy of the Autopsy Report, Report of Microscopic Examination, Neuropathology Report, Special Chemistry Report, the Toxicology Report & RE on the following case(s):

| CASE NUMBER | NAME OF DECEASED | DATE OF DEATH |
|---|---|---|
| 14-14815 | Lashano Gilbert | 10-04-2014 |

There is no positive identification paperwork in our file

Sincerely,

James R. Gill, M.D.
Chief Medical Examiner

rm



**STATE OF CONNECTICUT**
**Office of the Chief Medical Examiner**
11 Shuttle Road, Farmington, CT 06032

**M.E. CASE NUMBER: M.E. CASE NUMBER: 14-14815-Gilbert, Lashano**

Date of Death: **10/04/2014**
County of Death: **New London**
Autopsy Performed By: **James Gill, M.D.**

Time of Death: **3:23 AM**
City of Death: **New London**
Autopsy Date: **10/05/2014 at 9:30 AM**

---

## FINAL ANATOMIC DIAGNOSES

I. Physical Altercation with Restraint during Acute Psychotic Episode:
   A. Scattered Abrasions and Contusions
   B. Electromechanical Disruption Device application
   C. Pepper spray application, anamnestic
II. Sickle Cell Trait with Cardiac Hypertrophy (450 gms)
   A. Sickled Red Blood cells (see Histologic Examination)
   B. See Molecular report (ARUP Labs)
III. Status-Post Attempted Resuscitation

---

CAUSE OF DEATH:    **PHYSICAL ALTERCATION (RESTRAINT, ELECTRIC SHOCK, PEPPER SPRAY) DURING ACUTE PSYCHOSIS COMPLICATING SICKLE CELL HEMAGLOBINOPATHY.**

MANNER OF DEATH:    **HOMICIDE (PHYSICAL ALTERCATION WITH POLICE).**



**STATE OF CONNECTICUT**
**Office of the Chief Medical Examiner**
11 Shuttle Road, Farmington, CT 06032

**M.E. CASE NUMBER: M.E. CASE NUMBER: 14-14815-Gilbert, Lashano**

# REPORT OF AUTOPSY

*I hereby certify that I, James Gill, Chief Medical Examiner, have performed an autopsy on the body identified as* **Lashano Gilbert** *on 10/05/2014, commencing at 9:30 AM in the mortuary of the Office of the Chief Medical Examiner of the State of Connecticut. This autopsy was performed in the presence of Dr. Kanfer.*

## EXTERNAL EXAMINATION:
The body is of a well-developed, 72", 166-pound Black man whose appearance is consistent with the given age of 31 years. The curly black hair measures 1 to 2". There is a 1/4" moustache and 3/4" beard. The nose and facial bones are intact. The eyes have brown irides and the conjunctivae are without hemorrhage, petechiae, or jaundice. The oral cavity has natural teeth and atraumatic mucosa. The torso and extremities are described under "Injuries." There are no tattoos. There is a 2" horizontal periumbilical scar. The external genitalia are those of a normal uncircumcised man.

## POSTMORTEM CHANGES:
There is full rigor mortis of the upper and lower extremities. Lividity is not visible. The body is cool.

## THERAPEUTIC INTERVENTIONS:
There is an endotracheal tube and a nasogastric tube in place. There are defibrillator pads on the chest and EKG leads. There is an intravenous line in the left antecubital fossa. There is a pulse oximetry device on the right ear. There is a bandage in the right antecubital fossa and the right biceps. There is an intravenous line in the right and left wrist/forearm. There is a bracelet with the decedent's name on the right ankle.

## CLOTHING:
The body is clad in boxer shorts, hospital pants, tan socks, and a hospital gown. The hands arrive wrapped in paper bags. Fingernail clippings are collected and submitted to the Connecticut Division of Scientific Services along with scalp hair and blood.

## INJURIES, EXTERNAL AND INTERNAL:
There are blunt impact injuries of the head, trunk, and extremities. These will be described by body region. There are four punctate/puncture injuries of the left precordium adjacent to the left nipple (Comment: consistent with electromechanical disruption site).

A. Head: There is a 1/8" dry, tan abrasion of the mid forehead. There are no subscalpular hemorrhage. There is no skull fracture or intracranial collection of blood. The brain is retained for neuropathological consultation (a separate report will be issued).

  


**STATE OF CONNECTICUT**
**Office of the Chief Medical Examiner**
11 Shuttle Road, Farmington, CT 06032

**M.E. CASE NUMBER: M.E. CASE NUMBER: 14-14815-Gilbert, Lashano**

B. Torso: There are two 1/2" x 3-1/2" and 1/2 x 1/4" dark red abrasion of the anterior left shoulder and a 1-1/2 x 3/4" red abrasion of the upper right back with adjacent dark red 1/4" to 1/2" abrasions. There are irregular hyperpigmented skin changes (<1/4") and a 1" subcutaneous hemorrhage of the lower mid back (comment: history of application of with electromechanical disruption device to mid right lower back). There are no internal collections of blood or internal organ injuries.

C. Extremities: There are patchy, approximately 1/8" abrasions of the right wrist and left base of the thumb. There is maroon approximately 3 x 2" contusion of the right wrist with underlying subcutaneous hemorrhage and subcutaneous hemorrhage of the left bicep region. There are patchy tan 1/4 to 1/2" abrasions of the anterior knees. There is a 1" maroon contusion of the medial left lower leg and an approximately 3" contusion of the lateral left lower leg/ankle with underlying subcutaneous hemorrhage. There is a 4 x 1-1/2" maroon contusion of the lower right leg and ankle with subcutaneous hemorrhage. There are scattered 1/8" abrasions of the posterior right elbow. Subcutaneous dissection of the posterior torso, legs, and arms reveal no additional injuries.

*The injuries above, having been described once, will not be repeated.*

**INTERNAL EXAMINATION:**

**BODY CAVITIES:** The organs are in their normal situs. The pleural and peritoneal cavities contain no fluid, hemorrhage, or adhesion.

**HEAD:** The scalp has no contusion. The skull has no fracture. There is no epidural, subdural, or subarachnoid hemorrhage. The brain weighs 1430 grams and is retained for neuropathologic consultation. A separate report will be issued.

**NECK:** The cervical vertebrae, hyoid bone, and tracheal and laryngeal cartilages are without trauma. The upper airway is patent. The tongue is unremarkable. The posterior neck is without injury.

**CARDIOVASCULAR SYSTEM:** The heart weighs 450 grams and has a normal distribution of coronary arteries without atherosclerotic stenosis of the epicardial vessels. The myocardium is homogenous, dark-red, and firm without pallor, hemorrhage, softening, or fibrosis. The left ventricle wall is 1.4 cm and the right is 0.4 cm thick. The endocardial surfaces and four cardiac valves are unremarkable. The aorta is without atherosclerosis. The venae cavae and pulmonary arteries are without thrombus or embolus.

**RESPIRATORY SYSTEM:** The right lung weighs 540 grams and the left weighs 440 grams. The gray parenchyma is without masses or consolidation. The bronchi are unremarkable.



**STATE OF CONNECTICUT**
**Office of the Chief Medical Examiner**
11 Shuttle Road, Farmington, CT 06032

**M.E. CASE NUMBER: M.E. CASE NUMBER: 14-14815-Gilbert, Lashano**

**LIVER, GALLBLADDER AND PANCREAS:**  The liver weighs 1950 grams and has an intact capsule and brown parenchyma without fibrous or slippery texture.  The gallbladder contains scant green bile without stones.  The pancreas is unremarkable in lobulation, color and texture.

**HEMIC AND LYMPHATIC SYSTEMS:**  The spleen weighs 150 grams and has an intact capsule.  The color, red and white pulp, and consistency are unremarkable.  There are no enlarged lymph nodes.  The bone marrow is unremarkable.

**GENITOURINARY SYSTEM:**  The right kidney weighs 150 grams and the left weighs 200 grams.  Each kidney has a smooth brown surface and an unremarkable architecture and vasculature.  The ureters maintain uniform caliber into an unremarkable bladder.  The bladder contains approximately 30 cc of urine.  The prostate is not enlarged.  The testes are unremarkable.

**ENDOCRINE SYSTEM:**  The pituitary, thyroid, and adrenal glands are normal in color, size, and consistency.

**DIGESTIVE SYSTEM:**  The esophagus and gastroesophageal junction are unremarkable.  The stomach contains approximately 10 cc of nondescript beige fluid.  The gastric mucosa, small and large intestines, and rectum are unremarkable.

**MUSCULOSKELETAL SYSTEM:**  The vertebrae, clavicles, sternum, ribs, and pelvis are without fracture.  The musculature is normally distributed and unremarkable.

**TOXICOLOGY:**
Specimens are submitted to the toxicology laboratory.  A separate report will be issued.

**EVIDENCE:**
Scalp hair, fingernail clippings, and blood are submitted to the Connecticut Division of Scientific Services.

**X-RAYS:**
Postmortem radiographs are made and retained.

**PHOTOGRAPHY:**
Postmortem photographs are made and retained.

**NEUROPATHOLOGY CONSULTATION:**
A separate report will be issued.



**STATE OF CONNECTICUT**
**Office of the Chief Medical Examiner**
11 Shuttle Road, Farmington, CT 06032

**M.E. CASE NUMBER: M.E. CASE NUMBER: 14-14815-Gilbert, Lashano**

This is a true statement of the postmortem findings upon the body of **Lashano Gilbert.**

James Gill, M.D.
Chief Medical Examiner
**January 22, 2015**

*Unless the Office of the Chief Medical Examiner is notified in writing, any tissue retained in the course of this case will be destroyed 3 years after the date of the autopsy.  Specimens sent to other institutions for analysis are subject to the retention policies of that institution.*

**State of Connecticut**
**Office of the Chief Medical Examiner**
Farmington, CT

**REPORT OF**
**MICROSCOPIC EXAMINATION**

Name of Decedent: Gilbert, Lashano

M.E. Case #:14-14815

Date of Autopsy: 10/5/14

MICROSCOPIC DESCRIPTIONS:
Tissue or Organ x # of fragments and/or levels     (#= slide ID number)

HEART x M (#3,4):
Unremarkable myocardium.  Sickled red blood cells.

LUNG x M (#1,2,5):
Unremarkable lung.  Clusters of pigmented macrophages.  Sickled red blood cells.

LIVER x 1 (#3):
Unremarkable liver.  Sickled red blood cells.

KIDNEY x 2 (#6):
Unremarkable kidney.  Sickled red blood cells.

SPLEEN x 1 (#7):
Unremarkable spleen.  Sickled red blood cells.

ADRENAL x 1 (#2):
Unremarkable adrenal gland.  Sickled red blood cells.

Testes  x 1 (#6):
Unremarkable testes.

James Gill, M.D.                                      M.D.
*Printed Name/ Date*                   *Signature*/January 22, 2015



**STATE OF CONNECTICUT**
**Office of the Chief Medical Examiner**
11 Shuttle Road, Farmington, CT 06032

**M.E. CASE NUMBER: 14-14815-Gilbert, LaShano Javon**

Date of death: **10/04/2014**          Time of death: **3:23 AM**
County of death: **New London**          City of death: **New London**

This is to certify that **Dean F. Uphoff, M.D., Neuropathology Consultant** performed a neuropathologic examination on **LaShano Javon Gilbert.**

## NEUROPATHOLOGY CONSULTATION SUMMARY:

**EXAMINATION OF THE BRAIN (11-7-14)** – The brain is received without the dura. The brain weight is 1470 grams. The dura is unremarkable. The leptomeninges are thin and transparent. The cerebral hemispheres are normally developed without external evidence of contusion or of hemorrhage. The blood vessels at the base of the brain are unremarkable. Coronal sections show normal size and symmetry of the ventricular system without focal or diffuse abnormalities seen in any area. The brainstem and cerebellum are unremarkable. The spinal cord shows no gross abnormality.

Section list:  (a) basal ganglia (b) hippocampus (c) mid-brain (d) medulla (e) cerebellum

**MICROSCOPIC EXAMINATION OF THE BRAIN (24 NOVEMBER 2014)** – Microscopy shows marked vascular congestion of capillaries and venous structures in all representative sections. No neuronal ischemic changes are seen.

## NEUROPATHOLOGIC DIAGNOSIS:

ADULT BRAIN WITH MARKED VASCULAR CONGESTION, CONSISTENT WITH ACUTE HYPOXIA

**Dean F. Uphoff, M.D.**
**Neuropathology Consultant**
**November 25, 2014**